## MARK MOSHER *v.* MICHAEL KOZLOWSKI, COMMISSIONER OF MOTOR VEHICLES, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 455 (AC 19475), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*C. Michael Budlong* and *Campbell D. Barrett*, in support of the petition.

Decided December 20, 2000

---

## STATE OF CONNECTICUT *v.* CALVIN BRADLEY

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 534 (AC 19551), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided December 20, 2000